**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.dailyfreeman.com/2021/06/15/meryl-streep-was-so-depressed-on-devil-wears-prada-set/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.delcotimes.com/2021/06/15/meryl-streep-was-so-depressed-on-devil-wears-prada-set/

