USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/7/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTOPHER PETERSON,

                  Plaintiffs,

        - against -

MEDIANEWS GROUP, INC.,

                Defendant.

**25-CV-10448 (VM)**

**ORDER OF**
**CONDITIONAL**
**DISCONTINUANCE**

**VICTOR MARRERO, United States District Judge.**

Counsel for Plaintiff, on behalf of the parties, having notified the Court by letter dated April 6, 2026, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED** that this action be conditionally discontinued without prejudice and without costs. Within forty-five (45) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Any application for restoration of the action to the active calendar of this Court must be made by letter within forty-five (45) days of the date of this Order. Upon such notification, the Defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the

Plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event Plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled. The Clerk of Court is directed to terminate any pending motions and to close this case.


**SO ORDERED.**

Dated:     7 April 2026
           New York, New York

                                    _____
                                         Victor Marrero
                                           U.S.D.J.

2